ney General of New Jersey, and *Joseph Lanigan* for respondent.

No. 383. UNITED STATES HOFFMAN MACHINERY CORP. *v.* CUMMINGS-LANDAU LAUNDRY MACHINERY Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel L. Morris* for petitioner. *Mr. Clarence B. Des Jardins* for respondent.

No. 385. CITY OF ST. LOUIS ET AL. *v.* LINDSAY. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. E. H. Wayman* and *Anne M. Evans* for petitioners. *Messrs. Harry B. Hawes* and *Carl L. Ristine* for respondent.

No. 401. TURNBOW ET AL. *v.* FARMERS' COOPERATIVE EXCHANGE, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles E. Townsend* for petitioners. *Mr. Frederick S. Lyon* for respondent.

No. 452. McCULLOCH *v.* LOFTUS. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Charles A. McCulloch, pro se,* and *Mr. William Lemke* for petitioner. *Mr. Marvin H. Taylor* for respondent.

No. 367. KNIGHT *v.* HUDSPETH, WARDEN. October 21, 1940. Petition for writ of certiorari to the Circuit